UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 15 |
| | : |
| | : Case No. 19-11573-lgb |
| PINNACLE GLOBAL PARTNERS | : |
| FUND I LTD. (in Official Liquidation) | : |
| | : |
| Debtor in a Foreign Proceeding. | : |

# LIQUIDATORS' FINAL STATUS REPORT

Pursuant to Fed. R. Bankr. P. 5009(c) and Local Rule 5009-2, Andrew Morrison, David Griffin and John Batchelor, the duly appointed joint official liquidators and foreign representatives (collectively, the "**Liquidators**") of Pinnacle Global Partners Fund I Ltd. (in Official Liquidation) (the "**Pinnacle Fund**"), a Cayman Islands mutual fund in liquidation under the supervision of the Grand Court of the Cayman Islands (the "**Cayman Court**"), Cause No. FSD 231 of 2018 (RPJ) (the "**Cayman Liquidation**"), pursuant to section 92 of the Cayman Islands Companies Law (2018 Revision), in conjunction with a motion to close this Chapter 15 case, hereby provides this Final Status Report concerning the above-captioned case.

On May 16, 2019, the Liquidators commenced the above-captioned Chapter 15 case seeking, inter alia, recognition of the Cayman Liquidation as a foreign main proceeding under 11 U.S.C. § 1517(a) and (b)(1) of the Bankruptcy Code, 11 U.S.C. § 101, *et seq*. *See* ECF Nos. 1-6.

After a hearing and supplemental briefing (ECF Nos. 10-11), on July 2, 2019, Judge Mary Kay Vyskocil entered a Recognition Order, which, among other things: (1) recognized the Cayman Liquidation as a foreign main proceeding; and (2) recognizing the Liquidators as the foreign representatives of the Pinnacle Fund (the "**Recognition Order**"). *See* ECF No. 16.[1]

---

[1] On December 23, 2019, the case was reassigned from Judge Vyskocil to Judge Robert E. Grossman. ECF No. 18.

In the Recognition Order, the Court authorized the Liquidators to, *inter alia*:

- examine witnesses, take evidence, and seek the production of documents concerning the assets, affairs, rights, obligations or liabilities of the Pinnacle Fund, including, but not limited to, issuing discovery requests to Pinnacle Global Partners LLC ("**Pinnacle LLC**"), Citibank N.A., and intermediary banks located in the Southern District of New York (collectively, the "**New York Banks**") that process U.S. dollar-denominated and foreign currency wire transfers (collectively, the "**Discovery Targets**") (Recognition Order ¶ 6(a)-(d)); and

- obtain the turnover of any and all documents, records, or other information from any person or entity subject to the Court's jurisdiction, including, but not limited to, the Discovery Targets (Recognition Order ¶ 6(e)).

Since the issuance of the Recognition Order, the Liquidators have conducted discovery concerning the assets, affairs, rights, obligations or liabilities of the Pinnacle Fund. Such discovery, includes, but is not limited to, issuing subpoenas to: (i) Sam Halim and Jay Chapler ("**Chapler**"), former executives of Pinnacle LLC, the Pinnacle Fund's New York-based investment manager; (ii) The Third Friday Total Return International Ltd., which had entered into a purposed purchase agreement with the Pinnacle Fund two days prior to winding-up petition that resulted in the Cayman Liquidation; and (iii) the New York Banks. Furthermore, the Liquidators issued turnover letters to Third Friday, Chapler, and others.

The Liquidators analyzed the discovery received from both the subpoenas and the turnover letter to determine whether to assert claims in the United States. They eventually determined not to bring any such proceedings in the United States. However, the Cayman Liquidation remains

---

On February 28, 2021, the case was further reassigned from Judge Grossman to Your Honor. ECF No. 20.

open and the Liquidators have commenced additional proceedings outside of the United States related to the Pinnacle Fund, including in Switzerland.

As a result, the Liquidators have taken all actions in the United States that they deem necessary or reasonably feasible for the purpose of liquidating the Pinnacle Fund and its assets. Given the foregoing, the Liquidators do not require any further assistance from this Court.

Accordingly, it is appropriate for this Court to close this case without prejudice, and the Liquidators are filing a Motion to Close simultaneous with this Final Status Report.

Dated:  June 9, 2023
        New York, New York

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:  /s/ Warren E. Gluck, Esq.

Warren E. Gluck, Esq.
Richard A. Bixter Jr., Esq.
(*pro hac vice*)
Elliot A. Magruder, Esq.
31 West 52nd Street
New York, New York 10019
Phone:  212-513-3200
Fax: 212-385-9010
Email: warren.gluck@hklaw.com
       richard.bixter@hklaw.com
       elliot.magruder@hklaw.com

*Counsel for the Liquidators of Pinnacle Global Partners Fund I Ltd. (in Official Liquidation)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2023, the foregoing Final Status Report was filed through the CM/ECF system and served by Federal Express overnight mail on the Office of the United States Trustee.

HOLLAND & KNIGHT LLP

By:  /s/ Warren E. Gluck, Esq.

Warren E. Gluck, Esq.
Richard A. Bixter Jr., Esq.
(*pro hac vice*)
Elliot A. Magruder, Esq.
31 West 52nd Street
New York, NY 10019
Phone:  212-513-3200
Fax: 212-385-9010
Email: warren.gluck@hklaw.com
         richard.bixter@hklaw.com
         elliot.magruder@hklaw.com

*Counsel for the Liquidators of Pinnacle Global Partners Fund I Ltd. (in Official Liquidation)*

#222930815_v1